# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WALKER,<br><br>        Plaintiff,<br><br>v.<br><br>A AND Z OIL INC., et al.,<br><br>        Defendants. | No. 2:21-cv-00965-JAK (KSx)<br><br>**JUDGMENT** |

It is hereby ordered and adjudged that Plaintiff Clifton Walker shall have judgment in his favor in the amount of $6,840, or $4,000 in statutory damages and $2,840 in costs and fees, against Defendant A and Z Oil, Inc. Additionally, A and Z Oil, Inc. is ordered to provide an accessible parking space at the property located at or about 1244 S. Inglewood Ave., Inglewood, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

**IT IS SO ORDERED.**

Dated: October 21, 2022

                                                  John A. Kronstadt
                                                  United States District Judge